UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>HECTOR SIMON GUTIERREZ-PORTILLO,<br><br>         Defendant. | Case No.: 18cr5387-CAB<br><br>**ORDER DENYING WITHOUT PREJUDICE RENEWED MOTION TO REDUCE SENTENCE [Doc. No. 91]** |

  On February 18, 2021, defendant Hector Simon Gutierrez-Portillo filed a motion for sentence reduction pursuant to 18 U.S.C sec. 3582(c)(1)(A)(i). [Doc. No. 89.] On February 23, 2021, this court issued an order denying the motion without prejudice because Defendant had not submitted evidence showing that he had exhausted administrative remedies pursuant to Section 3582(c)(1)(A). [Doc. No. 90.] On August 9, 2021, Plaintiff filed a renewed motion for sentence reduction which claimed he had now exhausted administrative remedies. [Doc. No. 91.] On August 20, 2021, the government filed a response to the renewed motion for sentence reduction. [Doc. No. 93.]

  The renewed motion for sentence reduction is again **DENIED WITHOUT PREJUDICE.** As pointed out by the government, Plaintiff has not exhausted his administrative remedies pursuant to Section 3582(c)(1)(A). There is no evidence that

Defendant has sent a request to the <u>warden of his facility asking that the BOP bring a motion for sentence reduction on his behalf.</u>  Rather, the document attached to the renewed motion shows Defendant's request (not addressed to the warden of his facility) that the BOP award "COVID credit" to his sentence.  [Doc. No. 91-1.] This provision of the CARES Act only applies to defendants sentenced in the District of Columbia Superior Court.  Defendant was sentenced in the United States District Court for the Southern District of California.

Defendant must exhaust his administrative remedies precisely <u>as set forth in Section 3582(c)(1)(A)</u>.  Having seen no evidence that defendant has done so, the renewed motion is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Dated:  August 23, 2021

Hon. Cathy Ann Bencivengo
United States District Judge